In the Matter of the CITY OF SARATOGA SPRINGS, Appellant, against BOARD OF SUPERVISORS OF THE COUNTY OF SARATOGA, Respondent.

Submitted June 12, 1944; decided July 19, 1944.

*Sheridan P. Wait,* appellant in person.
*John W. Nichols, County Attorney,* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.